PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Enmanuel Castillo                          Cr.: 12-00766-001
                                                                                     PACTS #: 62917

Name of Sentencing Judicial Officer:    HONORABLE DENNIS M. CAVANAUGH
                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/12/2013

Original Offense: Conspiracy to Receive and Sell Stolen Property and Receipt and Sale of Stolen Property

Original Sentence: 1 Day imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Location Monitoring Program, New Debt Restrictions, Association Restrictions

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/12/2013

## STATUS REPORT

U.S. Probation Officer Action:

On November 12, 2013, the offender was sentenced to time served to be followed by 3 years supervised release. The following special conditions were imposed: Location monitoring – 6 months, new debt restrictions, and no further contact with individuals involved in cargo theft. He was also ordered to pay a $300 special assessment and $104,415.79 restitution.

Mr. Castillo currently resides in West New York, New Jersey. He has been employed with Metro Last Mile Transport since March of 2014, and Bobby Express, LLC. prior to that. We believe that Mr. Castillo has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $9,900.00 towards his restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that the Court take no further action and allow Mr. Castillo's term of supervision to expire as scheduled on November 11, 2016.

                                                                                     Respectfully submitted,

                                                                                     *Michelle Siedzik*

                                                                                      By: Michelle Siedzik
                                                                                      U.S. Probation Officer Assistant
                                                                                      Date: 10/11/2016

Prob 12A – page 2
Enmanuel Castillo

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time – Supervision to Expire November 11, 2016.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/31/16
_____
Date